THOMAS P. O'BRIEN **MADE JS-6**
United States Attorney
CHRISTINE C. EWELL
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
LISABETH SHINER
Special Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 151792
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-6528
    Facsimile:  (213) 894-7177
    Lisabeth.Shiner@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>$29,520.00 IN U.S. CURRENCY,<br><br>        Defendant.<br><br>RICHARD MOORE,<br><br>        Claimant. | NO.  CV 08-0812 GW (SHx)<br><br>**CONSENT JUDGMENT** |

    This action was filed on February 6, 2008.  Notice was given and published in accordance with law.  Claimant Richard Moore ("claimant") filed a claim in this matter on February 29, 2008 and an answer on March 28, 2008.  No other claims or answers have

1 been filed, and the time for filing claims and answers has
2 expired.  Plaintiff and claimant, from whom the $29,520.00 in
3 U.S. currency ("defendant currency") was seized, have reached an
4 agreement that is dispositive of the action.  The parties hereby
5 request that the Court enter this Consent Judgment of Forfeiture.

6     **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

7   1.   This Court has jurisdiction over the parties and the
8       subject matter of this action.

9   2.   Notice of this action has been given in accordance with
10       law.  All potential claimants to the defendant currency
11       other than claimant are deemed to have admitted the
12       allegations of the Complaint.  The allegations set out
13       in the Complaint are sufficient to establish a basis
14       for forfeiture.

15   3.   The United States of America shall have judgment as to
16       $18,020.00 of the defendant currency, plus all interest
17       earned by the government on the entirety of the
18       defendant assets, and no other person or entity shall
19       have any right, title or interest therein.  The United
20       States Marshals Service is ordered to dispose of said
21       assets in accordance with law.

22   4.   $11,500.00 of the defendant currency, without any
23       interest earned by the government on that amount, shall
24       be paid to claimant and returned to him in care of his
25       attorney, Ben Pesta.  Said funds shall be forwarded by
26       a check made payable in the amount of $11,500.00 to
27       "Ben Pesta Client Trust Account," and shall be mailed
28       to Ben Pesta, Attorney at Law, 1901 Avenue of the

1           Stars, Suite 390, Los Angeles, CA 90067.
2     5.    Claimant hereby releases the United States of America,
3           its agencies, agents, and officers, including employees
4           and agents of the Drug Enforcement Administration, from
5           any and all claims, actions or liabilities arising out
6           of or related to this action, including, without
7           limitation, any claim for attorney's fees, costs or
8           interest which may be asserted on behalf of claimant,
9           whether pursuant to 28 U.S.C. § 2465 or otherwise.
10    6.    The Court finds that there was reasonable cause for the
11          seizure of the defendant currency and institution of
12          these proceedings.  This judgment shall be construed as
13          a certificate of reasonable cause pursuant to 28 U.S.C.
14          § 2465.

Dated: December 3, 2008

_____
THE HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on the next page.]**

**Approved as to form and content:**

Dated: November ___, 2008   THOMAS P. O'BRIEN
                            United States Attorney
                            CHRISTINE C. EWELL
                            Chief, Criminal Division
                            STEVEN R. WELK
                            Assistant United States Attorney
                            Chief, Asset Forfeiture Section


                            _____
                            LISABETH SHINER
                            Special Assistant United States Attorney
                            Asset Forfeiture Section

                            Attorneys for Plaintiff
                            United States of America

Dated: November ___, 2008



                            _____
                            BEN PESTA

                            Attorney for Claimant
                            Richard Moore

4